UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **JESUS JAVIER PEREGRINO-GUEVARA** | **CASE NO.  6:20-CV-01200** |
| **VERSUS** | **JUDGE JUNEAU** |
| **DIANNE WITTE, ET AL** | **MAGISTRATE JUDGE WHITEHURST** |

## JUDGMENT

**THIS MATTER** was referred to United States Magistrate Judge Carol B. Whitehurst for report and recommendation. After an independent review of the record, including Respondents' objections and Petitioner's response, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own.  Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Motion for Petition for Writ of Habeas Corpus, Rec. Doc. 1, and Motion for a Temporary Restraining Order, Rec. Doc. 2, are **GRANTED**. Respondents are ordered to **IMMEDIATELY RELEASE** the Petitioner under conditions to be specified by the Department of Homeland Security, provided such conditions exclude subsequent arrest and detention unless Petitioner violates a condition of release, attempts to abscond, or commits any criminal offense. Such conditions may continue as specified until the resolution of Petitioner's immigration proceedings or removal

from the United States. Consistent with the report and recommendation, the Court declines to require the Petitioner to post a bond or other security.

      **THUS DONE AND SIGNED** in Lafayette, Louisiana, on this 24th day of November, 2020.

                              MICHAEL J. JUNEAU
                              UNITED STATES DISTRICT JUDGE